| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sweet, Robert W. | U.S. District Court | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior status) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2010 to 12/31/2010 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Court House 500 Pearl St - Room 1920 New York, NY 10007 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | The Constitution Works |
| 2. Member, Board of Directors | World Figure Skating Museum |
| 3. Member, Board of Managers | Havens Society |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Sweet , Robert W.

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Pfizer | A | Dividend | J | T | | | | | |
| 2.   IBM | A | Dividend | K | T | | | | | |
| 3.   Walt Disney Company | A | Dividend | K | T | | | | | |
| 4.   AT&T Corp | A | Dividend | J | T | | | | | |
| 5.   Alcatel -Lucent | | None | J | T | | | | | |
| 6.   3M | B | Dividend | L | T | | | | | |
| 7.   Imation Corp | | None | J | T | | | | | |
| 8.   Proctor & Gamble Co | B | Dividend | L | T | | | | | |
| 9.   General Electric Co. | A | Dividend | J | T | | | | | |
| 10.   LSI Corp | | None | J | T | | | | | |
| 11.   Comcast Corp | | None | J | T | | | | | |
| 12.   Smucker J M Company | A | Dividend | J | T | | | | | |
| 13.   Citadel Broadcasting | | None | J | T | | | | | |
| 14.   Amazon.com Inc. | | None | K | T | | | | | |
| 15.   Capital Assets Fund (a) | A | Dividend | J | T | | | | | |
| 16.   Precision Castparts | A | Dividend | | | Sold (part) | 08/06/10 | M | G | |
| 17.   Precision Castparts | A | Dividend | | | Sold (part) | 10/12/10 | M | G | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Precision Castparts | A | Dividend | | | Sold | 10/26/10 | M | G | |
| 19. Wells Fargo Company | B | Dividend | M | T | | | | | |
| 20. General Electric | B | Dividend | | | Sold | 09/22/10 | K | E | |
| 21. Schlumberger Ltd | A | Dividend | | | Sold (part) | 08/06/10 | L | F | |
| 22. Schlumberger Ltd | A | Dividend | | | Sold | 09/14/10 | M | F | |
| 23. Transocean Inc | | None | | | Sold | 05/07/10 | K | E | |
| 24. Amazon.com Inc | | None | M | T | | | | | |
| 25. Ishares Comex Gold Trust | | None | L | T | | | | | |
| 26. Raytheon | C | Dividend | M | T | | | | | |
| 27. Microsoft | B | Dividend | L | T | | | | | |
| 28. L3 Communications | B | Dividend | L | T | | | | | |
| 29. Proshares Ultrashort | | None | | | Sold | 10/12/10 | K | | |
| 30. USTN 1.375% TIP 7/15/18 | D | Interest | O | T | | | | | |
| 31. Fidelity Trust Co Int'l Money Market Fund (a) | A | Dividend | P1 | T | | | | | |
| 32. Knolls II Villa LP | | None | J | U | | | | | |
| 33. Estes - Sheridan LP | D | Distribution | J | U | | | | | |
| 34. NP Stratham LLC | E | Distribution | M | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NP Dover LP | G | Distribution | J | U | | | | | |
| 36. NP Nashua LLC | D | Distribution | M | U | | | | | |
| 37. NP Fairhaven LLC | G | Distribution | J | U | | | | | |
| 38. NP Hanson LLC | | None | J | U | | | | | |
| 39. NP Portfolio Account LLC | E | Distribution | N | U | | | | | |
| 40. NPS2 LLC | | None | J | U | | | | | |
| 41. Execwest LLC | | None | J | U | | | | | |
| 42. | | | | | | | | | |
| 43. Trust #1 (lines 44 - 115) (b) | E | Distribution | O | T | | | | | |
| 44. Abbott Labs | | | | | | | | | |
| 45. Accenture Ltd | | | | | | | | | |
| 46. Ace Limited | | | | | | | | | |
| 47. Aes Corp | | | | | Sold (part) | 04/12/10 | J | | |
| 48. Aes Corp | | | | | Sold | 06/08/10 | J | | |
| 49. Altera Corp | | | | | Buy | 11/24/10 | K | | |
| 50. Amgen | | | | | | | | | |
| 51. Apple Inc | | | | | Buy | 05/20/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Apple Inc | | | | | Buy (add'l) | 08/19/10 | J | | |
| 53. Apollo Group | | | | | Sold | 01/14/10 | K | | |
| 54. BMC Software Inc. | | | | | Sold (part) | 05/20/10 | J | B | |
| 55. BMC Software Inc | | | | | Sold (part) | 07/22/10 | J | A | |
| 56. Burlington Northern | | | | | Redeemed | 02/17/10 | K | E | |
| 57. Capital One Financial | | | | | Buy | 04/13/10 | K | | |
| 58. Cardinal Health Inc | | | | | Buy | 03/05/10 | K | | |
| 59. Cardinal Health Inc | | | | | Buy (add'l) | 04/09/10 | J | | |
| 60. Computer Science | | | | | Sold (part) | 05/28/10 | J | C | |
| 61. Conagra Food | | | | | Sold (part) | 06/30/10 | J | B | |
| 62. Exxon Mobil Corp | | | | | Sold (part) | 04/08/10 | J | D | |
| 63. Exxon Mobil Corp | | | | | Sold (part) | 04/12/10 | J | D | |
| 64. Exxon Mobile Corp | | | | | Sold (part) | 05/20/10 | J | D | |
| 65. Freeport-Mcmrn | | | | | Buy | 04/30/10 | K | | |
| 66. Freeport-Mcmrn | | | | | Buy (add'l) | 06/17/10 | J | | |
| 67. Freeport-Mcmrn | | | | | Sold (part) | 07/29/10 | J | | |
| 68. Hershey | | | | | Buy | 10/28/10 | J | | |

1. Income Gain Codes:        A =$1,000 or less         B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
   (See Column C2)              U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hewlett Packard | | | | | Sold (part) | 04/12/10 | J | B | |
| 70. Hewlett Packard | | | | | Sold | 09/21/10 | K | C | |
| 71. ITT Industries | | | | | | | | | |
| 72. IBM | | | | | Sold (part) | 04/12/10 | J | B | |
| 73. IBM | | | | | Sold (part) | 06/17/10 | J | C | |
| 74. International Paper Co | | | | | Buy | 03/04/10 | J | | |
| 75. International Paper Co | | | | | Buy (add'l) | 05/28/10 | J | | |
| 76. Kraft Foods | | | | | Sold | 04/12/10 | K | B | |
| 77. Kroger | | | | | Sold (part) | 04/12/10 | J | | |
| 78. Lauder Estee Co | | | | | Buy | 01/21/10 | J | | |
| 79. Lauder Estee Co | | | | | Buy (add'l) | 01/29/10 | J | | |
| 80. Lauder Estee Co. | | | | | Sold (part) | 06/04/10 | J | A | |
| 81. Lauder Estee Co. | | | | | Sold (part) | 07/01/10 | J | B | |
| 82. Lauder Estee Co. | | | | | Sold | 12/22/10 | J | D | |
| 83. Limited Brands | | | | | Buy | 06/03/10 | K | | |
| 84. Lowes | | | | | Sold (part) | 07/15/10 | J | | |
| 85. Marathon Oil | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment        T =Cash Market
   (See Column C2)            U =Book Value           V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. McDonalds Corp | | | | | | | | | |
| 87. Microsoft | | | | | Buy (add'l) | 01/26/10 | J | | |
| 88. Microsoft | | | | | Buy (add'l) | 01/15/10 | J | | |
| 89. Microsoft | | | | | Sold (part) | 10/28/10 | J | | |
| 90. Motorola | | | | | Buy | 09/21/10 | K | | |
| 91. Motorola | | | | | Buy (add'l) | 10/28/10 | J | | |
| 92. NRG Energy Inc | | | | | Sold (part) | 04/12/10 | J | | |
| 93. Prudential | | | | | Buy | 06/04/10 | J | | |
| 94. Qwest Comm | | | | | Sold (part) | 01/29/10 | J | B | |
| 95. Qwest Comm | | | | | Sold (part) | 04/12/10 | J | C | |
| 96. Qwest Comm | | | | | Sold (part) | 08/19/10 | J | B | |
| 97. Sara Lee | | | | | Buy | 07/01/10 | J | | |
| 98. Target | | | | | Buy | 03/05/10 | J | | |
| 99. Target | | | | | Buy (add'l) | 04/09/10 | J | | |
| 100. Travelers Co | | | | | Sold (part) | 04/29/10 | J | B | |
| 101. United Technologies | | | | | Sold (part) | 04/08/10 | K | E | |
| 102. United Technologies | | | | | Sold (part) | 04/12/10 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. United Technologies | | | | | Sold (part) | 05/20/10 | J | D | |
| 104. United Technologies | | | | | Sold (part) | 08/19/10 | K | E | |
| 105. Unitedhealth Group | | | | | | | | | |
| 106. WSTN Digital | | | | | Sold (part) | 04/12/10 | K | D | |
| 107. Walgreen | | | | | Buy | 06/04/10 | J | | |
| 108. Walgreen | | | | | Buy (add'l) | 06/18/10 | J | | |
| 109. Walgreen | | | | | Sold (part) | 08/19/10 | J | | |
| 110. Walgreen | | | | | Sold | 10/14/10 | J | B | |
| 111. Wal Mart | | | | | | | | | |
| 112. Xilinx Inc | | | | | Sold (part) | 04/12/10 | J | C | |
| 113. Xilinx Inc | | | | | Sold | 03/05/10 | K | C | |
| 114. Yum Brands | | | | | Sold (part) | 06/04/10 | J | A | |
| 115. Yum Brands | | | | | Sold (part) | 07/15/10 | J | A | |
| 116. CMA Money Fund (a) | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. Trust #2 (lines 119 -151) (b) | G | Distribution | P1 | T | | | | | |
| 119. USTN 1.875% due 7/15/19 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Apple Inc | | | | | Sold (part) | 09/22/10 | M | F | |
| 121. BP PLC | | | | | Sold (part) | 06/15/10 | L | F | |
| 122. BP PLC | | | | | Sold | 06/29/10 | L | F | |
| 123. Comtech Telecomm | | | | | Buy | 12/29/10 | L | | |
| 124. Dell Inc | | | | | Sold | 05/11/10 | L | | |
| 125. Enro Pharmaceuticals | | | | | Sold | 09/28/10 | M | F | |
| 126. Forest Labs | | | | | Sold | 08/06/10 | L | E | |
| 127. Garmin | | | | | | | | | |
| 128. General Dynamics | | | | | | | | | |
| 129. Gilead Science | | | | | Buy | 12/10/10 | M | | |
| 130. Gymboree | | | | | Sold | 04/06/10 | M | F | |
| 131. Herman Miller | | | | | Sold | 10/12/10 | L | E | |
| 132. Korn/ Ferry Int'l | | | | | Sold (part) | 08/06/10 | L | D | |
| 133. Korn/Ferry Int'l | | | | | Sold | 09/21/10 | L | | |
| 134. Medco Health Solutions | | | | | | | | | |
| 135. Microsoft | | | | | | | | | |
| 136. National Oilwell | | | | | Sold | 12/06/10 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Nucor | | | | | Sold | 10/12/10 | L | | |
| 138.  North Colorado Springs Land & Improvemnet Co. | | | | | | | | | |
| 139.  Power-One Inc | | | | | Buy | 12/06/10 | L | | |
| 140.  Proshares Ultrashort | | | | | Sold | 05/20/10 | M | | |
| 141.  Sandisk | | | | | Buy | 09/24/10 | M | | |
| 142.  Terra Industries | | | | | Merged (with line 143) | 04/16/10 | M | G | |
| 143.  CF Industries | | | | | Sold | 10/12/10 | K | B | |
| 144.  Western Digital | | | | | Buy | 10/12/10 | M | | |
| 145.  Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 146.  MW Global Partners LP | | | | | | | | | |
| 147.  Pershing Sq LP | | | | | Buy | 08/31/10 | P1 | | |
| 148.  Australian Gov't 5.75% due 06/15/2011 | | | | | Buy | 08/26/10 | L | | |
| 149.  Canadian Gov't 2.0% due 09/01/12 | | | | | Buy | 08/26/10 | L | | |
| 150.  Norweign Gov't 6.0% due 05/16/2011 | | | | | Buy | 08/20/10 | L | | |
| 151.  European Bank Recon & Dvlp 9.25% due 09/10/2012 | | | | | Buy | 11/17/10 | M | | |
| 152. | | | | | | | | | |
| 153.  Trust #3 (lines 154 - 176) (b) | | None | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 155. Berkshire Hathaway | | | | | | | | | |
| 156. Cephalon | | | | | Buy | 12/06/10 | M | | |
| 157. Comtech Communications | | | | | Buy | 12/06/10 | M | | |
| 158. Commtech Communications | | | | | Sold | 12/29/10 | L | | |
| 159. Flour | | | | | Sold | 12/06/10 | M | E | |
| 160. Forest Labs | | | | | | | | | |
| 161. Nat'l Oilwell Varco | | | | | Sold | 12/06/10 | L | E | |
| 162. Proshares Ultrashort | | | | | Sold | 10/12/10 | K | | |
| 163. PSRQ Partners | | | | | Buy | 04/09/10 | O | | |
| 164. PSRQ Partners | | | | | Sold | 10/08/10 | O | | |
| 165. SPDR Gold Trust | | | | | | | | | |
| 166. Terra Induatries | | | | | Merged (with line 167) | 04/16/10 | | | |
| 167. CF Industries | | | | | Sold | 10/12/10 | K | B | |
| 168. Estes - Sheridan LP | | | | | | | | | |
| 169. NP Strathan LLC | | | | | | | | | |
| 170. NP Dover LLC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. NP Nashua LLC | | | | | | | | | |
| 172. NP Fairhaven LLC | | | | | | | | | |
| 173. NP Hanson LLC | | | | | | | | | |
| 174. NP Portfolio Account LLC | | | | | | | | | |
| 175. NPS2 LLC | | | | | | | | | |
| 176. Execwest LLC | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. Citibank money market account | A | Interest | J | T | | | | | |
| 179. Citibank checking account | | None | J | T | | | | | |
| 180. JPMorgan Chase checking account | | None | J | T | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investements and Trusts

(a) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year.

(b) = Income beneficiary only.

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert W. Sweet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544